**E-filed 5/18/07**

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
JENNIFER LEIGH REED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JENNIFER LEIGH REED,<br><br>Plaintiff,<br><br>v.<br><br>NCC BUSINESS SERVICES OF OHIO, INC., an Ohio corporation, and EDWARD S. POLLAN, individually and in his official capacity,<br><br>Defendants. | Case No. C07-01572-JF-HRL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JENNIFER LEIGH REED, and Defendants, NCC BUSINESS SERVICES OF OHIO, INC., and EDWARD S. POLLAN, stipulate, and the Court hereby orders, as follows:

    1.    The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JENNIFER LEIGH REED, against Defendants, NCC BUSINESS SERVICES OF OHIO, INC., and EDWARD S. POLLAN, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

/ / /

1  Dated: May 9, 2007                          /s/ Fred W. Schwinn
                                                   Fred W. Schwinn, Esq.
2                                                  Attorney for Plaintiff
                                                   JENNIFER LEIGH REED
3

4  Dated: May 9, 2007                          /s/ Andrew M. Steinheimer
                                                   Andrew M. Steinheimer, Esq.
5                                                  Attorney for Defendants
                                                   NCC BUSINESS SERVICES OF
6                                                  OHIO, INC., and EDWARD S.
                                                   POLLAN
7  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
8

9  Dated:  5/18/07

10                                              The Honorable Jeremy Fogel
                                                Judge of the District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                Case No. C07-01572-JF-HRL